The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANDREW MCGUIRE,<br><br>Defendant. | NO. 14CR-107RSL<br><br>ORDER CONTINUING TRIAL DATE<br>AND PRETRIAL MOTIONS DUE DATE |

THIS MATTER having come before the Court on the stipulated motion filed by the United States and Defendant Andrew McGuire for an order continuing the trial date and motions deadline in the above-captioned matter, and the Court having considered the motion, any other pleadings filed, and the waivers of Speedy Trial filed by the defendant, the Court now finds and rules as follows:

Defendant was Indicted on April 10, 2014. He had his initial appearance and arraignment on April 23, 2014. Trial was scheduled that date June 30, 2014 with a motions deadline scheduled for May 14, 2014. This matter has not previously been continued.

Under the Speedy Trial Act, the trial of a defendant shall commence within 70 days from the date that an indictment is made public, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs. Certain periods of delay are excludable from the Speedy Trial

ORDER CONTINUING TRIAL - 1
*United States v. Andrew McGuire*/14CR-107RSL

calculation. See 18 U.S.C. § 3161(h). In particular, any period of delay resulting from a continuance is excludable if the Court makes a finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The factors, among others, which a judge shall consider in determining whether to grant a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) are set forth in § 3161(h)(7)(B)(i)-(iv).

In deciding whether to continue this matter, the Court has concluded that the parties are acting diligently. As noted in the stipulated motion seeking the continuance, the United States has provided voluminous discovery consisting of over 500 pages of state and federal law enforcement reports and a like amount of pleadings. Additionally, counsel advises that considerable electronic discovery has been provided consisting of photos, various audio recordings, and electronic tracking results obtained over the course of the investigation.

Counsel advises that additional time is necessary for review of the materials, to finalize their own investigation, confer with the defendant and finish trial preparation. Counsel additionally advise that defense counsel believes there are novel legal issues in developing law that will require further extensive defense preparation of a potentially dispositive suppression motion. The additional time is necessary in order to provide effective representation to the Defendant and accomplish the above which could not be accomplished in the period presently allotted for trial under the Speedy Trial Act.

In light of the voluminous discovery detailed above, and counsel's need for additional time to conclude preparation, the Court finds that failure to grant the requested continuance would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Therefore, the Court finds that the ends of justice served by the granting of the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Therefore, it is hereby ORDERED that the stipulated motion is GRANTED. It is further ORDERED that the trial in this matter shall commence on August 4, 2014. Pretrial motions are due on or before June 25, 2014.

It is further ORDERED that this period of delay from the date of this order through the new trial date above will be excludable time under the Speedy Trial Act under Title 18, United States Code, Section 3161(h)(7)(A).

Dated this 15th day of May, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*/s/ Matthew R. Pittman*
MATTHEW R. PITTMAN
Special Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2618
Fax:              (206) 553-4440
E-mail:         matthew.pittman@usdoj.gov

ORDER CONTINUING TRIAL - 3
*United States v. Andrew McGuire*/14CR-107RSL