IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW McGUIRE<br><br>Defendant. | No. CR14-107-RSL<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

Based on the unopposed motion by defendant Andrew McGuire (Dkt. # 25), by and through his attorneys, Emily M. Gause and John Henry Browne, to continue the trial date and pretrial motions deadline, the facts set forth therein, and defendant's knowing and voluntary waiver (Dkt. # 27), the Court makes the following conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Defense counsel received discovery on June 9, 2014. It is unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits

established by the speedy trial act, and currently set for this case. 18 U.S.C. §3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE, IT IS HEREBY ORDERED that the defense motion to continue is GRANTED. The trial date in this case is continued from the current date August 4, 2014, to January 12, 2015. All pretrial motions, not including motions in limine, shall be filed no later than November 28, 2014.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order, up to and including the new trial date of January 12, 2015, is hereby excluded for speedy trial purposes, 18 U.S.C. § 3161(h)(7)(A) and U.S.C. § 3161 (h)(7)(B).

DATED this 15th day of July, 2014.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge